Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−32903−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jagmohan Vasudeva                     Meena Vasudeva
    6 Mimi Drive                                 6 Mimi Drive
    Monroe, NJ 08831                   Monroe, NJ 08831

Social Security No.:
   xxx−xx−6355                               xxx−xx−6340

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee Barry Sharer.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 3/26/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: February 28, 2019
JAN:

                                                              Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-32903-KCF
Jagmohan Vasudeva                                                      Chapter 7
Meena Vasudeva
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2019
                              Form ID: 170             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb         +Jagmohan Vasudeva,    Meena Vasudeva,    6 Mimi Drive,    Monroe, NJ 08831-3528
cr             +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517879258      +AR DIstributors,LLC.,    6 Mimi Dr.,    Monroe Township, NJ 08831-3528
517879257      +AmeriHealth Insurance Company of NJ,    PO Box 11867,    Newark, NJ 07101-8167
517879259      +Bank of America,    c/o KML Law Group, P.C.,    216 Haddon Ave Suite 406,
                Collingswood, NJ 08108-2812
517879261      +DITECH Financial LLC,    c/o RAS Citron,    130 Clinton Rd. Ste 202,    Fairfield, NJ 07004-2927
517879262      +Guardian Dental Insurance Company,    PO Box 659020,    Sacramento, CA 95865-9020
517879265     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
517879266       TD Bank N.A. F/K/A Commerce Bank N.A.,    c/o: Fleischer, Fleischer & Suglia,
                Plaza1000 at Main Street Suite 208,    Voorhees, NJ 08043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2019 22:55:36      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2019 22:55:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517879260       E-mail/Text: cio.bncmail@irs.gov Feb 28 2019 22:55:33      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517879264      +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2019 22:51:14      Navient,    PO Box 3800,
                Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517977682*     +Ditech Financial LLC,    C.O.,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517879263*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Eugene D. Roth    on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com
              Harold N. Kaplan    on behalf of Creditor    Ditech Financial LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7