UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: VASUDEVA, JAGMOHAN & MEENA

Case No.: 18-32903
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __04/09/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6 Mimi Dr., Monroe Twp., NJ
Value: $651,250.00

Liens on property:
Bank of America - $265,162.00
Ditech - $280,444.00
TD Bank - $448,232.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Jagmohan Vasudeva
Meena Vasudeva
    Debtors

Case No. 18-32903-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin            Page 1 of 1            Date Rcvd: Mar 06, 2019
                          Form ID: pdf905       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
```
db/jdb         +Jagmohan Vasudeva,    Meena Vasudeva,    6 Mimi Drive,    Monroe, NJ 08831-3528
cr             +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517879258      +AR DIstributors,LLC.,    6 Mimi Dr.,    Monroe Township, NJ 08831-3528
517879257      +AmeriHealth Insurance Company of NJ,    PO Box 11867,    Newark, NJ 07101-8167
517879259      +Bank of America,    c/o KML Law Group, P.C.,    216 Haddon Ave Suite 406,
                 Collingswood, NJ 08108-2812
517879261      +DITECH Financial LLC,    c/o RAS Citron,    130 Clinton Rd. Ste 202,    Fairfield, NJ 07004-2927
517879262      +Guardian Dental Insurance Company,    PO Box 659020,    Sacramento, CA 95865-9020
517879265     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
517879266      TD Bank N.A. F/K/A Commerce Bank N.A.,    c/o: Fleischer, Fleischer & Suglia,
                 Plaza1000 at Main Street Suite 208,    Voorhees, NJ 08043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517879260       E-mail/Text: cio.bncmail@irs.gov Mar 06 2019 23:43:15     Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517879264      +E-mail/PDF: pa_dc_claims@navient.com Mar 06 2019 23:47:25     Navient,    PO Box 3800,
                 Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517977682*     +Ditech Financial LLC,    C.O.,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517879263*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Eugene D. Roth    on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com
              Harold N. Kaplan    on behalf of Creditor    Ditech Financial LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```