<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jagmohan Vasudeva | Social Security number or ITIN   xxx–xx–6355 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Meena Vasudeva | Social Security number or ITIN   xxx–xx–6340 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–32903–KCF

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jagmohan Vasudeva                    Meena Vasudeva

4/12/19                    **By the court:**  Kathryn C. Ferguson
                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32903-KCF
Jagmohan Vasudeva                                                         Chapter 7
Meena Vasudeva
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 12, 2019
                             Form ID: 318          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db/jdb          +Jagmohan Vasudeva,   Meena Vasudeva,   6 Mimi Drive,   Monroe, NJ 08831-3528
cr              +Ditech Financial LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517879258       +AR DIstributors,LLC.,   6 Mimi Dr.,   Monroe Township, NJ 08831-3528
517879257       +AmeriHealth Insurance Company of NJ,   PO Box 11867,   Newark, NJ 07101-8167
517879259       +Bank of America,   c/o KML Law Group, P.C.,   216 Haddon Ave Suite 406,
                 Collingswood, NJ 08108-2812
517879261       +DITECH Financial LLC,   c/o RAS Citron,   130 Clinton Rd. Ste 202,   Fairfield, NJ 07004-2927
517879262       +Guardian Dental Insurance Company,   PO Box 659020,   Sacramento, CA 95865-9020
517879265       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  New Jersey Division of Taxation,   PO Box 245,
                  Trenton, NJ 08695-0245)
517879266        TD Bank N.A. F/K/A Commerce Bank N.A.,   c/o: Fleischer, Fleischer & Suglia,
                  Plaza1000 at Main Street Suite 208,   Voorhees, NJ 08043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517879260        EDI: IRS.COM Apr 13 2019 04:23:00     Department of the Treasury,   Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517879264       +EDI: NAVIENTFKASMSERV.COM Apr 13 2019 04:23:00     Navient,   PO Box 3800,
                 Wilkes Barre, PA 18773-3800
                                                                          TOTAL: 4


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517977682*      +Ditech Financial LLC,   C.O.,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517879263*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          Eugene D. Roth    on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
          Eugene D. Roth    on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com
          Harold N. Kaplan    on behalf of Creditor   Ditech Financial LLC hkaplan@rasnj.com,
           informationathnk@aol.com
          Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 7