Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32903–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jagmohan Vasudeva | Meena Vasudeva |
| 6 Mimi Drive | 6 Mimi Drive |
| Monroe, NJ 08831 | Monroe, NJ 08831 |

Social Security No.:
  xxx–xx–6355                                                    xxx–xx–6340

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 29, 2019</u>        <u>Kathryn C. Ferguson</u>
                                    Judge, United States Bankruptcy Court